UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MOISES SOTO HERNANDEZ,

Petitioner,

v.

CAUSE NO. 3:26-CV-571-CCB-SJF

SAMUEL OLSON, et al.,

Respondents.

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing on or before May 27, 2026. (ECF 9.) The respondents notified the court that the petitioner was provided with a bond hearing on May 18, 2026. (ECF 16.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on June 2, 2026

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT